IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIANE HOLT MOORE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:24-00272-KD-N |
| | ) |
| **2NDS IN BUILDING MATERIALS,** | ) |
| **INC., dba Southeastern Salvage,** | ) |
| **and RICHARD D. LISKA,** | ) |
| | ) |
|    **Defendants.** | ) |

## **ORDER**

After due and proper consideration of the issues raised, and here having been no objections filed, the Report and Recommendation of the Magistrate Judge dated September 12, 2024 (Doc. 7), made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court.

Accordingly, this civil action is **REMANDED** *sua sponte* to the Circuit Court of Mobile County, Alabama, for lack of subject-matter jurisdiction under 28 U.S.C. § 1447(c).

**DONE** and **ORDERED** this the 16th day of October 2024.

                                                 /s/ Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**